**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**GLORIA JACKSON,**

        **Plaintiff(s),**       **CASE NUMBER: 07-10675**
                                          **HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 6, 2007, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation **[Doc. 10]** recommending that the Court grant Plaintiff's Motion to Dismiss **[Doc. 9]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Plaintiff's Motion to Dismiss.

    **IT IS SO ORDERED.**

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: September 12, 2007

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 12, 2007.
>
> s/Linda Vertriest
> Deputy Clerk